## COURT OF APPEALS

Thirteenth District

Corpus Christi – Edinburg, Texas

Below is the JUDGMENT in the numbered cause set out herein to be Filed and Entered in the Minutes of the Court of Appeals, Thirteenth District of Texas, at Corpus Christi – Edinburg, as of the 26th day of September, 2013. If this Judgment does not conform to the opinion handed down by the Court in this cause, any party may file a Motion for Correction of Judgment with the Clerk of this Court.

CAUSE NO. 13-13-00399-CR                                    (Tr.Ct.No. 97-832-K26)

GERARDO LEYVA

                                                                                    Appellants,

                                                    v.

THE STATE OF TEXAS

                                                                                    Appellee

On appeal to this Court from Williamson County, Texas.

★ ★ ★ ★ ★ ★

# **JUDGMENT**

On appeal from the 26th District Court of Williamson County, Texas. Memorandum Opinion Per Curiam.

THIS CAUSE was submitted to the Court on September 26, 2013, on a defective clerk's record, this Court's notice, and appellant's response to this Court's notice. The Court, having examined and fully considered the documents on file is of the opinion that we lack jurisdiction over this cause. Accordingly, the appeal is hereby DISMISSED FOR WANT OF JURISDICTION.

Costs of the appeal are adjudged against appellant, GERARDO LEYVA, although he is exempt from payment due to his inability to pay costs. It is further ordered that this decision be certified below for observance.

★ ★ ★ ★ ★ ★
DORIAN E. RAMIREZ, CLERK